

| | Littler Mendelson, P.C.<br>900 Third Avenue<br>New York, NY  10022.3298 |
|---|---|

**MEMORANDUM ENDORSED**

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:    9/9/2025
```

Alina Nadir
585.203.3418 direct
212.583.9600 main
anadir@littler.com

September 8, 2025

Honorable Gregory H. Woods
United States District Court
Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY  10007

Re:   *Olasunbo Lawal v. David Yurman Enterprises LLC*
      Case No.  1:25-cv-04857-GHW

Dear Judge Woods:

This Firm represents Defendant David Yurman Enterprises LLC in the above-referenced matter.

Pursuant to the Mediation Program Procedures, Paragraph 3(b), we write to request that this case either be removed from the mediation program at this time, or that mediation be deferred to a later date after depositions have been completed. The parties engaged in a lengthy private mediation just prior to Plaintiff's filing of her Complaint in June and were unable to reach a resolution. Defendant's position on settlement has not changed since that mediation, and Defendant has no reason to believe that Plaintiff's position has changed. Indeed, after Defendant informed the assigned SDNY mediator that it believes mediation at this time would not be productive, Plaintiff's counsel agreed.

Defendant therefore submits that mediation would be an inefficient use of the parties' resources at this time.

Respectfully submitted,

*/s/ Alina Nadir*
Alina Nadir

cc:   Joseph Myers, Esq. *via CM/ECF*
      Marjorie Mesidor, Esq. *via CM/ECF*

littler.com

Application granted.  The Court grants Defendant's request to terminate the automatic reference of this case to the mediation program.  All mediation deadlines are adjourned *sine die*.  The Clerk of Court is directed to terminate the motion pending at Dkt. No. 22.

SO ORDERED.
Dated:  September 9, 2025
New York, New York

_____
GREGORY H. WOODS
United States District Judge