```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10/16/2025
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------- X
                                                                     :
OLASUNBO LAWAL,                                                      :
                                                                     :
                                        Plaintiff,                   :    1:25-cv-4857-GHW
                                                                     :
                         -v-                                         :    ORDER
                                                                     :
DAVID YURMAN ENTERPRISES LLC,                                        :
                                                                     :
                                        Defendant.                   :
                                                                     :
-------------------------------------------------------------------- X

GREGORY H. WOODS, United States District Judge:

On October 15, 2025, the parties in this case filed a joint motion for a protective order. Dkt. No. 25. For the reasons that follow, the Court denies the parties' joint motion without prejudice.

Rule 4(D) of the Court's Individual Rules of Practice in Civil Cases specifies that the parties must either certify that their proposed order does not deviate from the Court's Model Protective Order or provide a blackline showing any changes. In addition, the non-disclosure agreement annexed to the proposed order must be a form-of document, rather than one signed by a specific individual.

The Court expects that any future joint motion for a protective order will fully comply with the Court's Individual Rules. The Clerk of Court is directed to terminate the motion pending at Dkt. No. 25.

SO ORDERED.

Dated: October 16, 2025

_____
GREGORY H. WOODS
United States District Judge